Pfalzgraf v. Rusk County is the next case for argument. Mr. Sachs